United States District Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

ITHACKI GAS SHIPPING COMPANY, *et al.*, §
§
   Plaintiffs, §
§   CIVIL ACTION NO. 6:25-CV-00016
§   ADMIRALTY RULE 9(h)
M/V ITHACKI (IMO 9788966), *et al.*, §
§
   Defendants. §

## ORDER DISCHARGING SUBSTITUTE CUSTODIAN

Pending is the motion filed by National Maritime Services, Inc., seeking discharge from its duties as substitute custodian of the vessel M/V ITHACKI, a liquefied petroleum gas tanker registered under the laws and flag of Liberia and bearing IMO number 9788966 (the "Vessel"). (Doc. No. 61.) Having considered the motion and the record in this matter, and for good cause shown, the Court GRANTS the motion.

National Maritime Services, Inc. is hereby DISCHARGED From all further duties, obligations, and responsibilities as substitute custodian of the Vessel.

   ORDERED on September 22, 2025.

_____
MITCHEL NEUROCK
United States Magistrate Judge