IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **ITHAKI GAS SHIPPING COMPANY, ELETSON CORPORATION, ELETSON HOLDINGS, INC, ELETSON GAS LLC,** §§§§<br><br>*Plaintiffs*, §§<br><br>v. §§<br><br>**M/V ITHACKI (IMO 9788966),** her engines, tackle, equipment, and appurtenances, *in rem*, §§§§§<br><br>and §§<br><br>**FAMILY UNITY TRUST COMPANY, GLAFKOS TRUST COMPANY, LASSIA INVESTMENT COMPANY, ELAFONISSOS SHIPPING CORPORATION, KEROS SHIPPING CORPORATION, LASKARINA KARASTAMATI, VASSILIS E. KERTSIKOFF, VASILEIOS CHATZIELEFTHERIADIS, KONSTANTINOS CHATZIELEFTHERIADIS, IOANNIS ZILAKOS, ELENI KARASTAMATI, PANAGIOTIS KONSTANTARAS, EMMANOUIL ANDREOULAKIS, ELENI VANDOROU,** *in personam*<br><br>*Defendants*. | C.A. No. 6:25-cv-00016<br><br>In Admiralty, Rule 9(h) |

## **CERTIFICATION**

I hereby certify that I, Dimitri Georgantas, provided a copy of the attached Order to the entity previously represented in this case by Royston Rayzor, Vickery & Williams, L.L.P. and Jackson Walker LLP. No translation was necessary.

**Dated: October 29, 2025.**

                                          Respectfully submitted,

                               By: */s/ Dimitri P. Georgantas*
                                  Dimitri P. Georgantas
                                  State Bar No. 07805100
                                  Federal I.D. No. 2805
                                  dimitri.georgantas@roystonlaw.com
                                  ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
                                  1415 Louisiana Street, Suite 4200
                                  Houston, Texas 77002
                                  Telephone:   (713) 224-8380
                                  Facsimile:    (713) 225-9945

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on October 29, 2025, I caused a copy of the foregoing to be served via the CM/ECF Filing System on all known counsel of record and via email on plaintiffs' counsel at the following email addresses.

**FLOYD ZADKOVICH (US) LLP**
Edward W. Floyd
Luke F. Zadkovich
Philip A. Vagin
ed.floyd@floydzad.com
luke.zadkovich@floydzad.com
philip.vagan@floydzad.com

**PHELPS DUNBAR LLP**
Ivan M. Rodriguez
Andrew R. Nash
Kenderick M. Jordan
ivan.rodriguez@phelps.com
andy.nash@phelps.com
kenderick.jordan@phelps.com

                                          */s/ Dimitri P. Georgantas*
                                          Dimitri P. Georgantas