

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ITHAKI GAS SHIPPING COMPANY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 6:25-CV-00016 |
| | § | ADMIRALTY RULE 9(h) |
| M/V ITHACKI (IMO 9788966), *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is a joint motion filed by the law firms of Royston, Rayzor, Vickery & Williams, L.L.P. ("Royston Rayzor") and Jackson Walker LLP ("Jackson Walker") to withdraw as counsel from representation of the Defendant / Claimant / Counterclaimant styling itself "Ithaki Gas Shipping Company, on the authority of its lawful directors." (Doc. No. 64.)

There has been dispute regarding the actual identity of the persons or entities represented by Royston Rayzor and Jackson Walker, and there has been question whether the persons who were controlling and directing the operations of the M/V ITHACKI prior to its arrest in this case were doing so with proper legal authority. Additionally, there is reason to believe that persons and entities associated with the Defendant / Claimant / Counterclaimant were acting in violation of orders of the United States Bankruptcy Court for the Southern District of New York in related proceedings. *See In re Eletson Holdings Inc.*, No. 23-10322-jpm (Bankr. S.D.N.Y. filed Mar. 7, 2023). The bankruptcy court has entered sanctions, and the position that Defendant / Claimant / Counterclaimant has taken in this case puts them at risk of being similarly sanctioned.

To the extent any party in this case is a business entity, that claimant must be represented by licensed counsel who enters an appearance in this case. *See Southwest Express Co. v. ICC*, 670 F.2d 53, 54-56 (5th Cir. 1982); *In re K.M.A., Inc.*, 652 F.2d 398, 399 (5th Cir. 1981). The

claim or counterclaim of any business entity that is not represented by counsel is subject to being stricken. *See Guardian Garage Midwest LLC v. Polyguard Garage of Tex. LLC*, No. 3:23-CV-1581, 2025 WL 1886731, at *1 (N.D. Tex. May 28, 2025), *adopted*, 2025 WL 1775650 (N.D. Tex. July 7, 2025).

The Court now ORDERS as follows:

- Any business entity seeking to raise a claim or counterclaim in this case shall retain an attorney or law firm which shall enter an appearance in this case not later than **October 29, 2025**.

- Any natural born person seeking to raise a claim or counterclaim in this case who has previously appeared, through counsel or otherwise, whether that appearance has been "restricted" or not, shall file an amended notice of claim or counterclaim not later than **October 31, 2025**. That claim or counterclaim shall state the factual and legal basis of the claim or counterclaim that is sufficient to plausibly allege such claim or counterclaim.

- Not later than **October 29, 2025**, any business entity seeking to raise a claim or counterclaim in this case shall file a document entitled "Contact Information for Claimant's [or Counterclaimant's] Decision Makers." This document shall identify the contact information for the natural born person or persons who are making decisions on behalf of the business entity seeking to raise a claim or counterclaim in this action. This contact information is necessary ensure compliance with the Court's orders and other pretrial matters.

- Attorney Dimitri Georgantas shall **immediately** provide a copy of this order, along with a translation if necessary, to the entities or natural born persons who are now, or were previously, represented by Royston Rayzor or Jackson Walker in this case.

- The joint motion to withdraw as counsel (Doc. No. 64) is GRANTED in part and DENIED in part. The motion is denied in part as to the date of the withdrawal being granted. Counsel for Defendant / Claimant / Counterclaimant shall remain as counsel of record through **October 29, 2025**. The withdrawal of Royston Rayzor and Jackson Walker shall become effective on **October 30, 2025**. The motion to withdraw is otherwise GRANTED.

- All parties must keep the Court and each other apprised of their current contact information. If any contact information changes, they must immediately file a notice with the Court which updates their contact information.

Failure of any Defendant, Claimant, or Counterclaimant to comply with this order may result in their claims or counterclaims being stricken or otherwise dismissed. *See* Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997).

ORDERED on October 15, 2025.

_____
MITCHEL NEUROCK
United States Magistrate Judge