# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| **ITHAKI GAS SHIPPING COMPANY, ELETSON CORPORATION, ELETSON HOLDINGS, INC, ELETSON GAS LLC,** | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| **M/V ITHACKI (IMO 9788966),** her engines, tackle, equipment, and appurtenances, *in rem*, | § § § § | C.A. No. 6:25-cv-00016 |
| and | § § | In Admiralty, Rule 9(h) |
| **FAMILY UNITY TRUST COMPANY, GLAFKOS TRUST COMPANY, LASSIA INVESTMENT COMPANY, ELAFONISSOS SHIPPING CORPORATION, KEROS SHIPPING CORPORATION, LASKARINA KARASTAMATI, VASSILIS E. KERTSIKOFF, VASILEIOS CHATZIELEFTHERIADIS, KONSTANTINOS CHATZIELEFTHERIADIS, IOANNIS ZILAKOS, ELENI KARASTAMATI, PANAGIOTIS KONSTANTARAS, EMMANOUIL ANDREOULAKIS, ELENI VANDOROU,** *in personam,* | § § § § § § § § § § § § § § § § § | |
| *Defendants*. | § | |

## PLAINTIFFS' NOTICE REGARDING RELEVANT DEVELOPMENTS IN THE KITHNOS PROCEEDING

Plaintiffs Ithaki Gas Shipping Company ("Ithaki Gas"), Eletson Holdings, Inc. ("Eletson Holdings"), Eletson Corporation ("Eletson Corp"), and Eletson Gas LLC ("Eletson Gas") (jointly "Plaintiffs") provide this notice regarding the magistrate judge's memorandum and recommendation from the U.S. District Court Southern District of Texas, Corpus Christi Division

in civil action number 2:25-cv-00042, *Kithnos Special Maritime Enterprise, et al. v. M/V Kithnos, et al.*.

On November 6, 2025, Magistrate Judge Libby in *Kithnos* issued a memorandum and recommendation, recommending the dismissal of the claimant, to which the claimant did not object. *Kithnos*, Dkt. 262 (a copy of which is attached hereto as Ex. 1). The recommendation concerns issues that are virtually identical to the issues that are before this Court, relating to the Court's October 15, 2025 order (Dkt. No. 72).

Similar to the claimant in the *Kithnos*, Claimant here has not responded to the Court's October 15, 2025 order, after the Court granted the withdrawal of its counsel. Importantly, the Court's order releasing M/V ITHACKI (Dkt. 48) requires the commercial manager to continue to notify Claimant of charter agreements—sensitive commercial information that would not be otherwise available to Claimant—despite Claimant's continued failure to, assuming it even still could, prosecute its counterclaim since the withdrawal of its counsel on October 30, 2025.[1]

Plaintiffs provide a courtesy copy of the *Kithnos* memorandum and recommendation for the Court's consideration in deciding the pending motion to vacate the arrest and release order (Dkt. 67).

Dated: November 28, 2025

Respectfully submitted,

**FLOYD ZADKOVICH (US) LLP**

By:  /s/ Edward W. Floyd
Edward W. Floyd
NY Bar No.: 4392940
Luke F. Zadkovich
NY Bar No.: 5514096
*Admitted pro hac vice*

---

[1] Plaintiffs note that their motion to vacate the arrest and release order (Dkt. 67) is pending with the Court, which, if granted, would extinguish this requirement.

*Admitted pro hac vice*
Filipp A. Vagin
NY Bar No.: 5901467
*Admitted pro hac vice*
luke.zadkovich@floydzad.com
ed.floyd@floydzad.com
philip.vagin@floydzad.com
(917) 868 1245
(917) 999 6914
33 East 33rd Street, Suite 905
New York, NY, 10016

**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL**
**PHELPS DUNBAR LLP**
Ivan M. Rodriguez
Texas Bar No.: 24058977
SDTX ID: 45566982
Andrew R. Nash
Texas Bar No.: 24083550
SDTX ID: 1690806
Kenderick M. Jordan
SDTX ID: 3905171
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: ivan.rodriguez@phelps.com
          andy.nash@phelps.com
          kenderick.jordan@phelps.com

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served on all known counsel of record on November 28, 2025.


*/s/ Andrew R. Nash*