Case 6:25-cv-00016   Document 76   Filed on 12/02/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ITHAKI GAS SHIPPING COMPANY, *et al.*, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. 6:25-CV-00016 |
| M/V ITHACKI, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' motion to vacate the order of the arrest of the MV ITHACKI. (D.E. 67). The motion—as well as this case—was previously referred to Magistrate Judge Neurock for consideration. The Court **TERMINATES** the referral of the motion and this case.

Claimants have failed to respond in opposition to Plaintiffs' motion to vacate. Accordingly, the Court **GRANTS** Plaintiffs' motion, (D.E. 67), and **VACATES** the arrest order of the MV ITHACKI, (D.E. 5).

On October 15, 2025, Magistrate Judge Neurock ordered any business entity seeking to raise a claim or counterclaim in this case to retain counsel and ordered that such counsel file a notice of appearance no later than October 29, 2025. (D.E. 72, p. 2). Magistrate Judge Neurock further ordered that any natural born person seeking to raise a claim or counterclaim shall file an amended notice of claim or counterclaim by October 31, 2025. *Id.* Finally, Magistrate Judge Neurock warned that failure to comply with the deadlines specified may result in any pending claims and counterclaims being dismissed. *Id.* at 3.

To date, no counsel has filed an appearance on behalf of Defendant/Claimant/Counterclaimant, which has styled itself as "Ithaki Gas Shipping Company, on the authority of its lawful directors." Nor has any natural born person filed an amended notice of claim or counterclaim. Accordingly, the Court **DISMISSES** all claims and counterclaims brought by Defendant/Claimant/Counterclaimant, and any other natural born person who has previously appeared, for failure to prosecute on account of their failure to comply with Magistrate Judge Neurock's order. *See* Fed. R. Civ. P. 41(b).

In light of the dismissal of all claims and counterclaims, and the vacating of the arrest order, the Court **ORDERS** Plaintiffs to file an advisory with the Court **on or before December 9, 2025**, informing the Court of the status of any remaining claims in this litigation.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
December 2nd, 2025